IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WILLE ERVIN MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 11-2251-JDT-tmp |
| | ) |
| CITY OF MEMPHIS, ET AL., | ) |
| | ) |
| Defendants. | ) |

ORDER TO MODIFY THE DOCKET AND
DENYING REQUEST TO SET ASIDE FEE ASSESSMENTS

The *pro se* prisoner Plaintiff, Willie Ervin Moore a/k/a William Ervin Moore a/k/a Willie Ervin Minter a/k/a Julian Franklin Carter, who is currently incarcerated at the Northwest Correctional Complex[1] in Tiptonville, Tennessee, has sent the Court several letters complaining about the amount of money that is being deducted from his inmate trust account to pay the civil and appellate filing fees that have been assessed in the various civil cases he previously filed. (ECF Nos. 83, 84, 85 & 86.) In his latest letter, received and docketed on October 3, 2017, he threatens to kill himself after Halloween on October 31, 2017, because it is "too much too [sic] bear" and he "can't take this any more." (ECF No. 86.) He apologizes for his prior lawsuits (*id.*) and states that everything in his trust account is being

---

[1] (*See* ECF No. 86-2 at 2-10; ECF No. 86-3.) The Clerk is directed to MODIFY the docket to reflect Plaintiff's change of address and to send a copy of this order to him at that new address.

taken to pay the filing fees (ECF No. 86-1). As of August 23, 2017, Plaintiff still owed the Court $805. (*See* ECF No. 86-2 at 1.)

Notwithstanding Plaintiff's threats to kill himself, his request for relief from the filing fees is DENIED. Plaintiff's predicament is due entirely to his own actions. Since 1995, he has filed at least twelve civil cases in this district plus two appeals, three or more of which were dismissed as frivolous or for failure to state a claim, making him a three-strike filer pursuant to 28 U.S.C. § 1915(g). Furthermore, Plaintiff's expressed remorse over filing those prior actions does not ring true, as he just recently filed two additional civil cases, *Moore v. Martin, et al.*, No. 17-2632-SHL-dkv (W.D. Tenn. filed Aug. 29, 2017), and *Moore v. Wood*, No. 17-2560-SHL-dkv (W.D. Tenn. filed Aug. 4, 2017). No fees have yet been assessed in those new cases.

Plaintiff has also made numerous requests for copies of documents that he filed or attempted to file in this case. (*see* ECF Nos. 64, 71, 76, 77, 78, 79, 80 & 81.) He makes another such request in his latest document. (ECF No. 86-1.) However, Plaintiff is not entitled to free copies. The Clerk has informed Plaintiff that the cost of copies is 50¢ per page and must be paid in advance. (ECF Nos. 65, 76-1); *see also Carter v. Edward*, No. 12-2806-JDT-tmp (W.D. Tenn. Feb. 8, 2013) (ECF Nos. 11 & 12). Therefore, the request for free copies is also DENIED.

IT IS SO ORDERED.

  s/ **James D. Todd**  
JAMES D. TODD  
UNITED STATES DISTRICT JUDGE